UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

## AFFIDAVIT OF WARRANT IN REMOVAL PROCEEDINGS

FILED
MAY 1 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 08CR 382 |
| vs. ) | |
| ) | Hon. Martin C. Ashman |
| GLENN J. DAMATO ) | |

The undersigned Affiant personally appeared before the Honorable  Martin C. Ashman , a United States Magistrate Judge, and being duly sworn on oath, states:  That at  Kansas City, in the District of Kansas , one,  Glenn J. Damato , was charged with the offense of  conspiring to distribute more than one hundred (100) kilograms of marijuana  , in violation of Title  21 , United States Code, Sections  841(a)(1), 841(b)(1)(B), and 846 , (see Ex. A, Indictment ) and that on the basis of Affiant's investigation and information received concerning the case through official channels, Affiant does hereby certify that a Warrant of Arrest issued by Clerk of Court Timothy M. O'Brien, is outstanding for the arrest of said defendant. See Ex. B, Warrant of Arrest.

Wherefore, Affiant prays that the defendant be dealt with according to law.

KEITH BAKEWELL
Agent
Drug Enforcement Administration

Subscribed and Sworn to before me this
  13th   day of    May    , 2008.

MARTIN C. ASHMAN
United States Magistrate Judge

STEPHEN CHAHN LEE
Assistant United States Attorney

Bond set / recommended by issuing Court at:    $25,000 secured bond

FILED
APR 24 2008
Clerk, U.S. District Court
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GLENN J. DAMATO, <br> NEAL B. LIMTIACO, <br> and <br> LEON B. LIVINGSTON <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case No. 08-20048-01-02-03- <br> ) <br> ) <br> ) <br> ) UNDER SEAL <br> ) <br> ) <br> ) |

SEALED

SEALED

## INDICTMENT

The Grand Jury charges:

### COUNT 1

From in or about December, 2003, the exact date being unknown to the Grand Jury, and continuing to in or about March 30, 2006, in the District of Kansas and elsewhere, the defendants,

**GLENN J. DAMATO,**
**NEAL B. LIMTIACO,**
**and**
**LEON B. LIVINGSTON,**

did knowingly, and intentionally combine, conspire, confederate and agree together with each other and with other persons, both known and unknown to the Grand Jury, to intentionally distribute and possess with intent to distribute 100 kilograms or more of a mixture and substance containing marijuana, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vii). This was in violation of

DISTRICT COURT
DISTRICT OF KANSAS)
I hereby certify that
the foregoing is a true copy
of the original on file in
this court and cause
TIMOTHY M. O'BRIEN, Clerk
By: _____ Deputy
Dated: 4-24-08

SCANNED

Ex. A

Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATION

As a result of committing one or more of the controlled substance offenses alleged in Count 1 of this Indictment, defendants Glenn J. Damato, Neal B. Limtiaco and Leon B. Livingston, shall forfeit to the United States pursuant to 21 U.S.C. § 853, and 18 U.S.C. § 982, any and all property constituting or derived from any proceeds the said defendant(s) obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Count 1 of this Indictment, including but not limited to the following:

1. REAL PROPERTY

Lot 28 of Stonebrook Subdivision, being a subdivision of part of the North 1/2 of the Northwest 1/4 of the Northeast 1/4 of Section 20, Township 42 North, Range 12 East of the Third Principal Meridian, in Cook County, Illinois; more commonly known as 3155 Kay Jay Drive, Northbrook, Illinois 60062;

2. CASH PROCEEDS

Approximately $1,328,000.00 in United States currency, in that such sum in aggregate was received in exchange for the distribution of controlled substances to wit: Marijuana, a Schedule I controlled substance, or is traceable thereto.

3. SUBSTITUTE ASSETS

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence;

2

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant(s) up to the value of the above forfeitable property, all in violation of Title 21, United States Code, Sections 841(a)(1) and 853.

A TRUE BILL.

Dated: 4/23/08

FOREPERSON

For: _____
ERIC F. MELGREN
United States Attorney
District of Kansas
1200 Epic Center
301 North Main
Wichita, Kansas 67202
Ks. S. Ct. No. 12430

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

The Court acknowledges the return of this indictment in open court.

_____
UNITED STATES DISTRICT JUDGE

3

AO 442 (Rev. 10/03) Warrant for Arrest

# United States District Court

DISTRICT OF Kansas **SEALED**

UNITED STATES OF AMERICA

V.

GLENN J. DAMATO

## WARRANT FOR ARREST

CASE NUMBER: 08-20048-01 CM/JW

RECEIVED UNITED STATES MARSHAL APR 25 2008 DISTRICT OF KANSAS (KANSAS CITY OFFICE)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest GLENN J. DAMATO
                                                                  Name

and bring him or her forwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her  (brief description of offense)

Conspiracy to distribute and PWID more than 100 kilograms of Marijuana

in violation of  21  United States Code, Section(s)  846

Timothy M. O'Brien                          mike moot
Name of Issuing Officer                     Signature of Issuing Officer

Clerk of Court
Title of Issuing Officer                    Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

| DATE RECEIVED 25 Apr 08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |



Ex. B