# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 382 - 1 | **DATE** | 5/13/2008 |
| **CASE TITLE** | USA vs. Glenn J. Damato | | |

**DOCKET ENTRY TEXT**

Removal proceedings held. Defendant appears in response to arrest on 5/13/2008. Defendant informed of his rights. Rick Beuke is given leave to file his appearance as counsel for defendant. Defendant waives identity hearing. Order defendant removed to the United States District Court for the District of Kansas (Kansas City Docket).

Docketing to mail notices.

00:14

| | Courtroom Deputy Initials: | IS |
|---|---|---|