MHN

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Mike Mort* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Mike Mort   C. Date of Delivery MAY 2 3 2008 |
| 1. Article Addressed to:<br>othy M. O'Brien<br>States District Court<br>bert J. Dole<br>States Courthouse<br>ate Avenue<br>City, KS 66101-2400<br><br>RECEIVED<br>MAY 2 8 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>08cr382-1<br><br>Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0100 0001 7313 2616 |

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-15


**FILED**
5-28-2008
MAY 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT